Robert L. Morrell, as Chairman, etc., v. Frederick Skene.— Motion to dismiss appeal granted, with ten dollars costs.

Elma Gillette Borup v. George Doan Borup.— Motion to dismiss appeal denied, without costs.

In the Matter of Felix Kucielski, Deceased.— Motion to dismiss appeal denied, without costs.

A. G. Hyde & Sons v. Mobile and Ohio Railroad Company.— Motion to dismiss appeal granted, with ten dollars costs.

Ellen Duffy v. New York Contracting Company, Pennsylvania Terminal.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Samuel Appel v. People's Surety Company of New York. (No. 1.)—Application granted. Order signed.

Samuel Appel v. People's Surety Company of New York. (No. 2.)— Motion granted.

Goldhill Realty Company v. Maurice Berger. (No. 1.) — Application denied, with ten dollars costs. Order signed.

Goldhill Realty Company v. Maurice Berger. (No. 2.) — Motion denied, with ten dollars costs. Order signed.

Edward S. Reiss v. King Upton. (No. 1.) — Application denied, with ten dollars costs. Order signed.

Edward S. Reiss v. King Upton. (No. 2.) — Motion denied, with ten dollars costs.

Daniel Murtagh v. Adrian H. Joline and Douglas Robinson, as Receivers of the New York City Railway Company.— Application denied, with ten dollars costs. Order signed.

Jacob Meth. v. Butler & Herrman Company.— Application denied, with ten dollars costs. Order signed.

Michael J. McAuley v. Samuel Lyttle.— Motion denied, with ten dollars costs.

Michael Lessler v. Paul Gerli.— Application granted. Order signed.

Anna P. Williams v. Adrian H. Joline and Douglas Robinson, as Receivers of the New York City Railway Company.— Application denied, with ten dollars costs. Order signed.

Samuel Castell v. Sterling Fire Insurance Company.— Application granted. Order signed.

Thomas J. Porter v. Casualty Company of America.— Motion granted.

William J. Stitt and Others v. Artemas Ward and Others.— Motion denied, with ten dollars costs.

Charles H. Barson and Others v. Agnes K. M. Mulligan and Others.— Motion denied, with ten dollars costs.

Mary T. Eells v. Jamin S. Morse.— Motion granted.

Herman F. Bindseil v. John Vicario.— Motion denied, with ten dollars costs.

The People of the State of New York ex rel. William H. Walker v. John F. Ahearn.— Motion denied, with ten dollars costs.

Louis C. Noot v. Midge F. Noot.— See memorandum per curiam.

Trustees of Presbytery of New York v. Westminster Presbyterian Church of